UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHERMAN HIGGINS, | Case No. CV 12-9338-JGB(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID LONG, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 13, 2014

_____
Jesus G. Bernal
United States District Judge